SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAHSIN ALSHAHIN,<br><br>                  Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; MICHAEL B. MUKASEY,* in his Official Capacity, Acting Attorney General, U.S. Department of Justice; DAVID N. STILL, in his Official Capacity, District Director, United States Citizenship and Immigration Services; EMILIO GONZALEZ, in his Official Capacity, Director, Bureau of Citizenship and Immigration Services,<br><br>                  Defendants. | No. C 07-5092 EMC<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

///

///

///

///

///

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

CONSENT
C 07-5092 EMC

1  In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 3, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


            /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

CONSENT
C 07-5092 EMC                              2