SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAHSIN ALSHAHIN,<br>               Plaintiff,<br>v.<br>MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; MICHAEL B. MUKASEY,* in his Official Capacity, Acting Attorney General, U.S. Department of Justice; DAVID N. STILL, in his Official Capacity, District Director, United States Citizenship and Immigration Services; EMILIO GONZALEZ, in his Official Capacity, Director, Bureau of Citizenship and Immigration Services,<br>               Defendants. | No. C 07-5092 EMC<br><br>JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS; PROPOSED ORDER |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

ADR CERTIFICATION
C 07-5092 EMC

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to Plaintiff's request that this Court decide Plaintiff's application for naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: December 21, 2007                                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

      /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: December 21, 2007                                          /s/
NADIA FARAH
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:
EDWARD M. CHEN
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C 07-5092 EMC                                    2