SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAHSIN ALSHAHIN, ) | No. C 07-5092 EMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION TO DISMISS; PROPOSED |
| MICHAEL CHERTOFF, in his Official ) | ORDER |
| Capacity, Secretary, United States ) | |
| Department of Homeland Security; ) | |
| MICHAEL B. MUKASEY,* in his Official ) | |
| Capacity, Acting Attorney General, U.S. ) | |
| Department of Justice; DAVID N. STILL, in) | |
| his Official Capacity, District Director, ) | |
| United States Citizenship and Immigration ) | |
| Services; EMILIO GONZALEZ, in his ) | |
| Official Capacity, Director, Bureau of ) | |
| Citizenship and Immigration Services, ) | |
| ) | |
| Defendants. ) | |
| ) | |

///

///

///

///

///

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

STIPULATED DISMISSAL
C 07-5092 EMC

1  Plaintiff, by and through his attorney of record, and Defendants, by and through their
2  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-
3  entitled action without prejudice in light of the fact that the United States Citizenship and
4  Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and
5  agrees to do so within 30 days of the dismissal of this action.

6  The parties shall bear their own costs and fees.

7  Dated: January 3, 2008                    Respectfully submitted,

8                                             SCOTT N. SCHOOLS
                                              United States Attorney
9

10                                                    /s/
                                              MELANIE L. PROCTOR[1]
11                                            Assistant United States Attorney
                                              Attorneys for Defendants
12

13  Dated: January 3, 2008                            /s/
                                              NADIA FARAH
14                                            Attorney for Plaintiff

15                                        **ORDER**

16  The Case Management Conference is hereby VACATED, and the Complaint is
17  DISMISSED.  Pursuant to stipulation, IT IS SO ORDERED.

18

19  Date: _____

                                              EDWARD M. CHEN
20                                            United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATED DISMISSAL
C 07-5092 EMC                    2