1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
   TAHSIN ALSHAHIN,                )  No. C 07-5092 EMC
12                                 )
                   Plaintiff,      )
13                                 )
           v.                      )
14                                 )  STIPULATION TO DISMISS; ~~PROPOSED~~
   MICHAEL CHERTOFF, in his Official )  ORDER
15 Capacity, Secretary, United States )
   Department of Homeland Security; )
16 MICHAEL B. MUKASEY,* in his Official )
   Capacity, Acting Attorney General, U.S. )
17 Department of Justice; DAVID N. STILL, in)
   his Official Capacity, District Director, )
18 United States Citizenship and Immigration )
   Services; EMILIO GONZALEZ, in his )
19 Official Capacity, Director, Bureau of )
   Citizenship and Immigration Services, )
20                                 )
                   Defendants.     )
21                                 )

22 ///
23 ///
24 ///
25 ///
26 ///
27
28 *Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

STIPULATED DISMISSAL
C 07-5092 EMC

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

The parties shall bear their own costs and fees.

Dated: January 3, 2008            Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: January 3, 2008            _____/s/_____
NADIA FARAH
Attorney for Plaintiff

**ORDER**

The Case Management Conference is hereby VACATED, and the Complaint is DISMISSED. Pursuant to stipulation, IT IS SO ORDERED.

Date:    January 7, 2008



EDWARD M. CHEN
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATED DISMISSAL
C 07-5092 EMC                            2