SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TAHSIN ALSHAHIN, | ) | No. C 07-5092 EMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION TO DISMISS; ~~PROPOSED~~ |
| MICHAEL CHERTOFF, in his Official | ) | ORDER |
| Capacity, Secretary, United States | ) | |
| Department of Homeland Security; | ) | |
| MICHAEL B. MUKASEY,* in his Official | ) | |
| Capacity, Acting Attorney General, U.S. | ) | |
| Department of Justice; DAVID N. STILL, in | ) | |
| his Official Capacity, District Director, | ) | |
| United States Citizenship and Immigration | ) | |
| Services; EMILIO GONZALEZ, in his | ) | |
| Official Capacity, Director, Bureau of | ) | |
| Citizenship and Immigration Services, | ) | |
| | ) | |
| Defendants. | ) | |

///

///

///

///

///

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

STIPULATED DISMISSAL
C 07-5092 EMC

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

The parties shall bear their own costs and fees.

Dated: January 3, 2008

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

    /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: January 3, 2008

    /s/
NADIA FARAH
Attorney for Plaintiff

**ORDER**

The Case Management Conference is hereby VACATED, and the Complaint is DISMISSED. Pursuant to stipulation, IT IS SO ORDERED.

Date: January 7, 2008

EDWARD M. CHEN
United States Magistrate Judge



---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.